UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
TIMOTHY MORRILL,

                Plaintiff

-against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

-----------------------------------------------------------

**STIPULATION OF DISMISSAL**
**Civil Action No: 05-CV-1405**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 12 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action, that the case be dismissed.

Dated: May 4, 2006

/S/ PETER W. ANTONOWICZ
Peter W. Antonowicz, Esq.
1300 Floyd Avenue
Rome, New York 13440
Attorney for Plaintiff

Dated: May 11, 2006

Glenn T. Suddaby
United States Attorney
P.O. Box 7198
Syracuse, New York 13261-7198

By:   /s/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Norman A. Mordue
Chief Judge

Dated: May 12, 2006